PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Tabitha A. Key          Case Number: 3:11-00218-01

Name of Judicial Officer: The Honorable Joseph H. McKinley, Jr., U. S. District Judge, Western District of Kentucky, jurisdiction transferred October 14, 2011, to Honorable Kevin H. Sharp, U. S. District Judge

Date of Original Sentence: October 13, 2004

Original Offense: 18 U.S.C. § 2113(d) and 2, Aiding and Abetting Bank Robbery with a Dangerous Weapon

Original Sentence: 87 months' custody; 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: January 21, 2011

Assistant U.S. Attorney: to be determined          Defense Attorney: to be determined

---

THE COURT ORDERS:

☐ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☒ Allowed to terminate from supervision still owing restitution.

Considered this 5th day of December, 2013, and made a part of the records in the above case.

_____
U. S. District Judge
Kevin H. Sharp

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
U.S. Probation Officer
Jon R. Hahn

Place   Columbia, Tennessee

Date    December 5, 2013

### ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall make restitution payments of $17,000, joint and several, at the rate of at least $50 per month:**

   On April 6, 2011, the Court approved a payment plan agreement. Ms. Key has made her monthly payments as ordered by the Court.

### Compliance with Supervision Conditions and Prior Interventions:

Total restitution collected is $4,910.74, leaving a balance of $12,089.26. Ms. Key has paid $4,168.64 of the total amount collected. Her term of supervised release is set to expire on January 20, 2014.

### U.S. Probation Officer Recommendation:

Ms. Key has paid as instructed by the Court. It is recommended she be allowed to terminate from supervision still owing restitution. If she does not continue to make appropriate payments after her supervision expires, the U.S. Attorney's Office may garnish her income, place a lien on any property, or pursue any other available remedies to satisfy the debt.

The U.S. Attorney's Office agrees with the probation officer's recommendation.

Approved: _____
W. Burton Putman
Supervisory U.S. Probation Officer